# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2019

## NO. 03-15-00332-CR

**Terri Regina Lang, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
REVERSED AND RENDERED ON REMAND -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment of conviction. Therefore, the Court reverses the trial court's judgment of conviction and renders a judgment of acquittal. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.